NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEINER ENTERPRISES, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM CALDWELL, INC., a California corporation; and JENNIFER CALDWELL, an individual,<br><br>    Defendants. | NO. 2:13-cv-08723-AB (MRWx)<br><br>**[PROPOSED]** **JUDGMENT** |
| ADAM CALDWELL, INC., a California corporation; and JENNIFER CALDWELL, an individual,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>BEINER ENTERPRISES, INC., a Washington corporation,<br><br>    Counterclaim Defendant. | |

This matter was tried before this Court, sitting without a jury, on February 17-19, 2015. On June 10, 2015, this Court issued its Findings of Fact and Conclusions of Law re Liability (ECF No. 121), finding against Plaintiff and Counter-Defendant Beiner Enterprises, Inc. ("BEI") on its claims for breach of contract, breach of fiduciary duty, violation of the Lanham Act, intentional interference with prospective economic relations, conversion, and declaratory relief. The Court found in favor of Defendant and Counter-Claimants Adam Caldwell, Inc. ("ACI") and Jennifer Caldwell on their claims for breach of fiduciary duty and intentional or negligent interference with prospective business advantage. On June 10, 2015, this Court ordered supplemental briefing on the issue of damages. ECF No. 122. On June 29, 2015, ACI and Caldwell submitted supplemental briefing on damages, and on July 13, 2015, BEI submitted supplemental briefing on damages. ECF Nos. 123, 124. On August 21, 2015, the Court issued its Findings of Fact and Conclusions of Law re Damages, awarding Counter-Claimants damages in the amount of $1,984,892. ECF No. 125.

Having considered the evidence presented at trial, the arguments of counsel, the parties' proposed findings of facts and conclusions of law, and the parties' supplemental briefing, and pursuant to the Court's initial and supplemental Findings of Fact and Conclusions of Law, the Court HEREBY ORDERS, ADJUDGES, AND DECREES:

    1) On Defendants and Counter-Claimants ACI's and Jennifer Caldwell's causes of action for breach of fiduciary duty and intentional or negligent interference with prospective economic relations, ACI and Jennifer Caldwell shall recover from Plaintiff BEI the amount of $1,984,892 in damages for lost profits for the period from 2013 through 2019, along with costs and postjudgment interest, which shall be calculated from the date of the entry of this judgment, at the rate of 0.39%, the weekly average 1-year constant maturity Treasury yield, as published by the

Board of Governors of the Federal Reserve System, for the calendar week preceding the date of this judgment. *See* 28 U.S.C. § 1961(a).

2) On BEI's causes of action for breach of contract, violation of the Lanham Act, breach of fiduciary duty, intentional interference with prospective economic advantage, conversion and declaratory relief, Plaintiff and Counter-Defendant BEI shall recover nothing from Defendants and Counter-Claimants ACI and Jennifer Caldwell.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: September 16, 2015

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE