FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 04 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BEINER ENTERPRISES, INC., a Washington Corporation, Plaintiff-counter-defendant-Appellant, v. ADAM CALDWELL, INC., a California Corporation and JENNIFER CALDWELL, an individual, Defendants-counter-claimants-Appellees. | No. 15-56584 D.C. No. 2:13-cv-08723-AB-MRW Central District of California, Los Angeles ORDER |

Before: WARDLAW and CALLAHAN, Circuit Judges

The Stipulated Motion to Voluntarily Dismiss Appeal Pursuant to Federal Rule of Appellate Procedure 42(b) and to Vacate Oral Argument, Docket No. 46, is GRANTED in part. Oral argument scheduled for April 5, 2017, is hereby VACATED.

IT IS SO ORDERED.