**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BEINER ENTERPRISES, INC., a Washington Corporation,<br><br>   Plaintiff-counter-defendant-Appellant,<br><br> v.<br><br>ADAM CALDWELL, INC., a California Corporation and JENNIFER CALDWELL, an individual,<br><br>   Defendants-counter-claimants-Appellees. | No. 15-56584<br><br>D.C. No. 2:13-cv-08723-AB-MRW<br>Central District of California, Los Angeles<br><br>ORDER |

Before: WARDLAW and CALLAHAN, Circuit Judges, and QUIST,[*] District Judge.

The motion to dismiss this case, Docket No. 46, is GRANTED. This case is

DISMISSED WITH PREJUDICE. The copy of this order constitutes the mandate.

---

   [*] The Honorable Gordon J. Quist, United States District Judge for the Western District of Michigan, sitting by designation.